# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| STORM FORCE FISHERIES INC., | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | CASE NO. C20-1712 TSZ |
| v. | |
| LEO'S WELDING AND FABRICATION LLC, | |
| Defendant. | |

___ **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court**. This action came on for consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The motion for default judgment, docket no. 8, brought by Plaintiff Storm Force Fisheries Inc. is GRANTED, and default judgment is hereby ENTERED in favor of plaintiff and against Defendant Leo's Welding and Fabrication LLC as follows. The Notice of Claim of Lien on the Vessel F/V CAUTION CAPE, O/N 612657 filed by Defendant Leo's Welding and Fabrication LLC on March 14, 2017, with the United States Coast Guard Vessel Documentation Center, Batch No. 42573500, Document Identification No. 2, is hereby declared invalid and is removed from the vessel.

Dated this 4th day of January, 2021.


William M. McCool
Clerk

s/Gail Glass
Deputy Clerk