# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| STORM FORCE FISHERIES INC., <br><br>            Plaintiff, <br><br>     v. <br><br> LEO'S WELDING AND FABRICATION LLC, <br><br>            Defendant. | AMENDED JUDGMENT IN A CIVIL CASE <br><br> CASE NO. C20-1712 TSZ |

___ **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court**. This action came on for consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiff's unopposed Motion to Amend Judgment, docket no. 13, is GRANTED. The Judgment entered January 4, 2021, docket no. 12, is AMENDED as follows:

The motion for default judgment, docket no. 8, brought by Plaintiff Storm Force Fisheries Inc. is GRANTED, and default judgment is hereby ENTERED in favor of plaintiff and against Defendant Leo's Welding and Fabrication LLC as follows. The Notice of Claim of Lien on the Vessel F/V CASTLE CAPE, O/N 612657 filed by Defendant Leo's Welding and Fabrication LLC on March 14, 2017, with the United States Coast Guard Vessel Documentation Center, Batch No. 42573500, Document Identification No. 2, is hereby declared invalid and is removed from the vessel.

Dated this 19th day of January, 2021.


William M. McCool
Clerk

s/Gail Glass
Deputy Clerk